UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB CALVIN JONES, | No. 2:21-cv-01576-DAD-CKD P |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| ERIC GONZALES, et al., | |
| Defendants. | |

By an order filed November 2, 2022, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms necessary to effect service on defendant Diaz. Plaintiff was granted an extension of time to file the necessary documents. The deadline for submission has passed, and plaintiff has not responded in any way to the court's order.

IT IS HEREBY RECOMMENDED that this action be dismissed against defendant Diaz without prejudice. See Fed. R. Civ. P. 41(b).

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time

/////

1

may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  February 23, 2023

_/s/ Carolyn K. Delaney_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/jone1576.fusm