UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB CALVIN JONES,<br><br>   Plaintiff,<br><br>   v.<br><br>ERIC GONZALES, et al.,<br><br>   Defendants. | No. 2:21-cv-01576-DAD-CKD P<br><br><br>ORDER |

   On November 2, 2022, the court ordered plaintiff to provide new information about where defendant Diaz could be served with process. ECF No. 21. The order stated that if plaintiff's access to the required information was denied or unreasonably delayed, he could seek judicial intervention. ECF No. 21 at 1. On January 9, 2020, plaintiff was granted an extension of time to submit completed service paperwork for defendant Diaz. ECF No. 26. Following the expiration of the deadline to file the service paperwork, this court issued Findings and Recommendations to dismiss defendant Diaz without prejudice. ECF No. 27. In lieu of objections to these Findings and Recommendations, plaintiff filed a request for judicial intervention to obtain a current address for defendant Diaz. ECF No. 29.

   Based on the request, it appears that plaintiff has been diligent in seeking defendant Diaz's address for purposes of service of process. ECF No. 29. Therefore, the court will grant plaintiff's request and direct counsel for defendants to determine whether a forwarding address for

1

defendant Diaz is on file with the Shasta County Sheriff's Department.  If counsel is able to obtain a current business address, then that information shall be provided promptly to plaintiff to complete and return the service paperwork to the court as ordered on November 2, 2022.  If a residential address for defendant Diaz is obtained, counsel for defendants shall file that information under seal with the court so that the service paperwork can be forwarded to the U.S. Marshal.  After conducting a good-faith inquiry for this information, counsel for defendants is further directed to file a notice of compliance with this order indicating whether any such address was obtained.  The notice of compliance shall be filed within 21 days from the date of this order.  If a current address for defendant Diaz is obtained, the court will vacate the pending Findings and Recommendations issued on February 23, 2023.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for judicial intervention (ECF No. 29) is granted.
2. Counsel for defendants are hereby directed to determine whether a forwarding address for defendant Diaz is on file with the Shasta County Sheriff's Department.
3. Within 21 days from the date of this order, counsel for defendants is further directed to file a notice of compliance with this order indicating what efforts to obtain a current address for defendant Diaz were made and whether any such address was obtained.

Dated:  March 27, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/jone1576.intervene.docx